**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7883

MATTHEW GALE,

　　　　　　　Petitioner – Appellant,

　　　v.

RICKY ANDERSON,

　　　　　　　Respondent – Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.　Malcolm J. Howard,
Senior District Judge.　(5:08-hc-02136-H)

Submitted:　March 16, 2010　　　　Decided:　March 22, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Matthew Gale, Appellant Pro Se.　Clarence Joe DelForge, III,
Assistant Attorney General, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Gale has filed a motion for a certificate of appealability regarding the district court's dismissal of his 28 U.S.C. § 2254 (2006) petition. A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Gale has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED